RALPH GONNOCCI REVOCABLE LIVING TRUST, Plaintiff–Appellant,

and

Ralph Gonnocci, Plaintiff,

v.

THREE M TOOL AND MACHINE, IN-CORPORATED, Ultra Grip International, Incorporated, Three M Holding Company, Incorporated, Ultra Grip North, and Michael A. Medwid, Defendants–Cross Appellants.

Nos. 2006–1521, 2006–1543.

United States Court of Appeals, Federal Circuit.

Nov. 27, 2006.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Rhonda K. WESLEY, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2007–3020.

United States Court of Appeals, Federal Circuit.

Nov. 27, 2006.

Rhonda K. Wesley, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.